UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN BOOT,

                      Plaintiff,

     - against -

COMPLEX MEDIA, INC.,

                      Defendant.

**ORDER**

19 Civ. 9460 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for May 21, 2020 is adjourned to **June 25, 2020 at 10:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 19, 2020

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge