UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN BOOT,

                              Plaintiff,

               - against -

COMPLEX MEDIA, INC.,

                              Defendant.

**ORDER**

19 Civ. 9460 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

                The conference currently scheduled for June 25, 2020 is adjourned to **August 6, 2020 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
          June 20, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge